

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00313-CV

ERIN REDING, APPELLANT

V.

LUBBOCK COUNTY HOSPITAL DISTRICT
D/B/A UNIVERSITY MEDICAL CENTER, APPELLEE

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2017-527,902, Honorable William C. Sowder, Presiding

September 13, 2018

MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, Erin Reding, filed a notice of appeal in the above-referenced cause without paying the requisite filing fee. By letter dated August 23, 2018, the Clerk of this Court notified Reding that unless she was excused from paying costs under Appellate Rule 20.1, failure to pay the filing fee by September 4 would result in dismissal of the appeal. *See* TEX. R. APP. P. 20.1, 42.3(c). To date, Reding has not paid the filing fee,

communicated to the Clerk that she is presumed indigent under Rule 20.1, or sought leave to proceed without payment of costs. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

Because Reding failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam